664

53 So.2d 396

## Lewis PIKE v. CITY OF BIRMINGHAM.

### 6 Div. 244.

Supreme Court of Alabama.

May 10, 1951.

Rehearing Denied June 28, 1951.

Gibson & Hewitt, Birmingham, for petitioner.

Chas. H. Brown, Birmingham, opposed.

LAWSON, Justice.

Petition of Lewis Pike for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Pike v. City of Birmingham, 53 So.2d 394.

Writ denied.

LIVINGSTON, C. J., and FOSTER and STAKELY, JJ., concur.